(October 22, 1993)

■ In the Matter of JUNE G. REES et al., Appellants, v THOMAS WADE et al., as Commissioners of Elections of the County of Rensselaer, et al., Respondents. [604 NYS2d 878] — Appeal from an order of the Supreme Court (Spain, J.), entered October 15, 1993 in Rensselaer County, which dismissed petitioners' application, in a proceeding pursuant to Election Law § 16-102, to declare invalid the certificate of

nomination naming certain respondents as the Conservative Party candidates for various offices in the Town of East Greenbush in the November 2, 1993 general election.

Order affirmed. No opinion.

Weiss, P. J., Mikoll, Yesawich Jr. and Cardona, JJ., concur. Ordered that the order is affirmed, without costs.